**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rashad ARNSWORTH, Defendant—
Appellant.**

**No. 03–30380.**

**D.C. No. CR–03–00005–a–JWS.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 8, 2004.*

Decided Sept. 22, 2004.

Frank V. Russo, Anchorage, AK, for Plaintiff–Appellee.

Kevin F. McCoy, Anchorage, AK, for Defendant–Appellant.

Before HALL, KLEINFELD, and WARDLAW, Circuit Judges.

### MEMORANDUM**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

930

We lack jurisdiction to consider Rashad Arnsworth's appeal. The sentence imposed by the district court was within the parameters of the plea agreement, so Arnsworth's knowing and voluntary waiver of his statutory right to appeal deprives us of jurisdiction to review the merits of his appeal. *United States v. Joyce,* 357 F.3d 921, 925 (9th Cir.2004).

**DISMISSED** for lack of jurisdiction.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.